UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GERALD FEUCHT, ET AL.

VERSUS

SAFECO INSURANCE COMPANY
OF AMERICA, ET AL

CIVIL ACTION

NO. 11-550-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 30, 2012 (doc. no. 22) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiffs Gerald Feucht and Julie Feucht is DENIED.

Baton Rouge, Louisiana, this 8th day of March, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE